IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLIFTON WARNER,
ADC #651119, et al.                                                              PLAINTIFFS

v.                                        5:07CV00236JMM/HLJ

LARRY D. BOWLER, et al.                                                DEFENDANTS

ORDER

On September 20, 2007, this Court entered an Order directing plaintiff Washington to pay the $350 filing fee or file an application to proceed in forma pauperis within thirty days of the date of the Order (DE #3). The Court further advised plaintiff Washington that failure to file such in accordance with the Court's directions would result in his dismissal from the complaint. As of this date, plaintiff Washington has not paid the filing fee or filed an application to proceed in forma pauperis, or otherwise corresponded with this Court.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of plaintiff Washington's failure to respond to this Court's September 20, 2007 Order, the Court will dismiss him from this complaint. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff Torance Washington is hereby

DISMISSED from this complaint.

IT IS SO ORDERED this 25th day of October, 2007.

_____
United States District Judge