IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLIFTON WARNER,
ADC #651119                                                                                             PLAINTIFF

v.                                              5:07CV00236HLJ

LARRY D. BOWLER, et al.                                                                      DEFENDANTS

ORDER

By Order dated October 25, 2007 (DE #7), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Although plaintiff submitted an exhibit on November 28, 2007 (DE #9), the Court further directed plaintiff to amend his complaint by Order dated December 7, 2007 (DE #10). Plaintiff has now submitted an amended complaint, in which he adds defendants L. S. Burnett, Ms. Doolittle, Bernadine Williams, L. Erwin, and Randall Manus (DE #12). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Larry Bowler, L. S. Burnett, Ms. Doolittle, Bernadine Williams, L. Erwin, and Randall Manus. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #12) and summons on defendants Erwin and Manus in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore. The United States Marshal is hereby directed to serve a copy of the original and amended complaints and

summons on the defendants Bowler, Burnett, Doolittle, and Williams <u>in care of</u> Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 10th day of January, 2008.

_____
United States Magistrate Judge