IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLIFTON WARNER,                                                                                    PLAINTIFF
ADC #651119

VS.                                     CASE NO. 5:07CV00236 JMM

TORANCE T. WASHINGTON, et al.
DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.   There have been no objections.   After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 25th day of April, 2008.


_____
UNITED STATES DISTRICT JUDGE