IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLIFTON WARNER,                                                                        PLAINTIFF
ADC #651119

VS.                            CASE NO. 5:07CV00236 HLJ

TORANCE T. WASHINGTON, et al.                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that Defendant's motions to dismiss are hereby granted, and Plaintiff's complaint is dismissed without prejudice, for failure to exhaust his administrative remedies.

SO ADJUDGED this 25th day of April, 2008.


_____
UNITED STATES DISTRICT JUDGE